**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>MALLINCKRODT PLC, and MARK TRUDEAU,<br><br>               Defendants. | Case No. 1:17-cv-00145-EGS |

**MOTION FOR ADMISSION OF ATTORNEY NAUMON A. AMJED *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Michael Weitzner, counsel for Plaintiff Patricia A. Shenk, moves this Court to grant the admission *pro hac vice* and appearance of Naumon A. Amjed as counsel for Plaintiff.  This motion is supported by the Declaration of Naumon A. Amjed, which is attached as Exhibit 1.  As set forth in Mr. Amjed's declaration, he is admitted and an active member in good standing in the following courts and bars: the State Bars of Delaware, Pennsylvania, and New York and the United States District Courts for the District of Delaware, Eastern District of Pennsylvania, Eastern District of Michigan, District of Colorado, Eastern District of Arkansas, Western District of Arkansas, and Southern District of New York.

Mr. Amjed's contact information is:

      Naumon A. Amjed
      Kessler Topaz Meltzer & Check, LLP
      280 King of Prussia Road
      Radnor, PA  19087
      Telephone: (610) 667-7706
      Email: namjed@ktmc.com

Dated: February 3, 2017                    Respectfully submitted,


                                         /s/ Michael Weitzner
                                         Michael Weitzner (D.C. Bar No 472505)
                                         4916 Brandywine Street N.W.
                                         Washington, D.C. 20016
                                         Tel: (202) 905-1172
                                         Fax: (202) 265-0403
                                         mweitzner@weitznerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2017, a true and correct copy of the foregoing Motion for Admission of Attorney Naumon A. Amjed *Pro Hac Vice* was served with the Clerk of the Court and upon all counsel of record using the CM/ECF system.


/s/ Michael Weitzner
Michael Weitzner

3