UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT PLC, and MARK TRUDEAU,<br><br>Defendants. | Case No. 1:17-cv-00145-EGS |

**MOTION FOR ADMISSION OF ATTORNEY RYAN T. DEGNAN *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Michael Weitzner, counsel for Plaintiff Patricia A. Shenk, moves this Court to grant the admission *pro hac vice* and appearance of Ryan T. Degnan as counsel for Plaintiff. This motion is supported by the Declaration of Ryan T. Degnan, which is attached as Exhibit 1. As set forth in Mr. Degnan's declaration, he is admitted and an active member in good standing in the following courts and bars: the State Bars of Pennsylvania and New Jersey and the United States District Courts for the Eastern District of Pennsylvania, District of Colorado, Eastern District of Arkansas, and Western District of Arkansas.

Mr. Degnan's contact information is:

Ryan T. Degnan
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Email: rdegnan@ktmc.com

Dated: February 3, 2017							Respectfully submitted,

												/s/ Michael Weitzner
												Michael Weitzner (D.C. Bar No 472505)
												4916 Brandywine Street N.W.
												Washington, D.C. 20016
												Tel: (202) 905-1172
												Fax: (202) 265-0403
												mweitzner@weitznerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2017, a true and correct copy of the foregoing Motion for Admission of Attorney Ryan T. Degnan *Pro Hac Vice* was served with the Clerk of the Court and upon all counsel of record using the CM/ECF system.

/s/ Michael Weitzner
Michael Weitzner

3