# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT PLC, and MARK TRUDEAU,<br><br>Defendants. | Case No. 1:17-cv-00145-EGS |

## MOTION FOR ADMISSION OF ATTORNEY NATHAN A. HASIUK *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Michael Weitzner, counsel for Plaintiff Patricia A. Shenk, moves this Court to grant the admission *pro hac vice* and appearance of Nathan A. Hasiuk as counsel for Plaintiff. This motion is supported by the Declaration of Nathan A. Hasiuk, which is attached as Exhibit 1. As set forth in Mr. Hasiuk's declaration, he is admitted and an active member in good standing in the following courts and bars: the State Bars of Pennsylvania and New Jersey and the United States District Court for the Eastern District of Pennsylvania.

Mr. Hasiuk's contact information is:

>Nathan A. Hasiuk
>Kessler Topaz Meltzer & Check, LLP
>280 King of Prussia Road
>Radnor, PA 19087
>Telephone: (610) 667-7706
>Email: nhasiuk@ktmc.com

Dated: February 3, 2017                              Respectfully submitted,

                                                     /s/ Michael Weitzner
                                                     Michael Weitzner (D.C. Bar No 472505)
                                                     4916 Brandywine Street N.W.
                                                     Washington, D.C. 20016
                                                     Tel: (202) 905-1172
                                                     Fax: (202) 265-0403
                                                     mweitzner@weitznerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2017, a true and correct copy of the foregoing Motion for Admission of Attorney Nathan A. Hasiuk *Pro Hac Vice* was served with the Clerk of the Court and upon all counsel of record using the CM/ECF system.

/s/ Michael Weitzner
Michael Weitzner