IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>- v. -<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                                  Defendants. | CIVIL ACTION<br><br>No. 1:17-cv-00145-EGS<br><br>JUDGE EMMET G. SULLIVAN |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL J. KRAMER**

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendant Mark Trudeau, by and through his undersigned counsel, Charles E. Davidow, a member of the Bar of this Court, respectfully moves that Daniel J. Kramer be admitted *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned represents:

1. Mr. Kramer is a partner at the law firm of Paul, Weiss, Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019; telephone: (212) 373-3000.

2. As set forth in the Declaration of Mr. Kramer accompanying this motion, Mr. Kramer is a member in good standing of the New York State Bar and the following courts: United States Courts of Appeals for the Second, Third and Sixth Circuits, as well as the United States District Courts for the Eastern District of New York

and the Southern District of New York.  He has not been disciplined by any bar.

3. Mr. Kramer has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, Defendant, by and through his undersigned counsel, moves that the Court enter an Order permitting Daniel J. Kramer to appear *pro hac vice* in the above-captioned matter.

Dated:  February 21, 2017
       Washington, D.C.

       Respectfully submitted,

       /s/ Charles E. Davidow

       Charles E. Davidow
       D.C. Bar No. 331702
       PAUL, WEISS, RIFKIND,
       WHARTON & GARRISON LLP
       2001 K Street, N.W.
       Washington, D.C. 20006
       Phone: (202) 223-7300
       Fax: (202) 223-7420
       cdavidow@paulweiss.com

       *Attorney for Defendant Mark Trudeau*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 21, 2017, I caused the foregoing Motion for Admission *Pro Hac Vice* of Daniel J. Kramer to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      /s/ Charles E. Davidow  
      Charles E. Davidow