IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    - v. -<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>         Defendants. | CIVIL ACTION<br><br>No. 1:17-cv-00145-EGS<br><br>JUDGE EMMET G. SULLIVAN |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID W. BROWN**

    Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendant Mark Trudeau, by and through his undersigned counsel, Charles E. Davidow, a member of the Bar of this Court, respectfully moves that David W. Brown be admitted *pro hac vice* in the above-captioned matter.

    In support of this motion, the undersigned represents:

1.  Mr. Brown is a partner at the law firm of Paul, Weiss, Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019; telephone: (212) 373-3000.

2.  As set forth in the Declaration of Mr. Brown accompanying this motion, Mr. Brown is a member in good standing of the New York State Bar and the following courts:  United States Courts of Appeals for the Second and Ninth Circuits, as well as the United States District Courts for the Eastern District of New York and the

Southern District of New York.  He has not been disciplined by any bar.

3. Mr. Brown has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, Defendant, by and through his undersigned counsel, moves that the Court enter an Order permitting David W. Brown to appear *pro hac vice* in the above-captioned matter.

Dated:  February 21, 2017
        Washington, D.C.

Respectfully submitted,

/s/ Charles E. Davidow

Charles E. Davidow
D.C. Bar No. 331702
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 223-7300
Fax: (202) 223-7420
cdavidow@paulweiss.com

*Attorney for Defendant Mark Trudeau*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 21, 2017, I caused the foregoing Motion for Admission *Pro Hac Vice* of David W. Brown to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Charles E. Davidow
Charles E. Davidow