# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK,<br>106 Cambridge Drive<br>Hershey, PA 17033<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>MALLINCKRODT PLC,<br>675 McDonnell Boulevard<br>Hazelwood, MO 63042<br><br>and MARK TRUDEAU<br>c/o Mallinckrodt PLC<br>675 McDonnell Boulevard<br>Hazelwood, MO 63042 | Civil Action No. 1:17-cv-00145-EGS<br><br>CLASS ACTION |
| JYOTINDRA PATEL<br>10906 N. Sand Canyon Place<br>Oro Valley, AZ 85737<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>MALLINCKRODT PLC,<br>675 McDonnell Boulevard<br>Hazelwood, MO 63042<br><br>and MARK TRUDEAU<br>c/o Mallinckrodt PLC<br>675 McDonnell Boulevard<br>Hazelwood, MO 63042 | Civil Action No. 1:17-cv-00171-EGS<br><br>CLASS ACTION |
| AMY T. SCHWARTZ & STEPHEN A. SCHWARTZ<br>1722 Cedarbrook<br>Glenbrook, NV 89413 | Civil Action No. 1:17-cv-00447-EGS<br><br>CLASS ACTION |

|  |  |
|---|---|
| Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br>       v.<br><br>MALLINCKRODT PLC,<br>675 McDonnell Boulevard<br>Hazelwood, MO 63042<br><br>and MARK TRUDEAU<br>c/o Mallinckrodt PLC<br>675 McDonnell Boulevard<br>Hazelwood, MO 63042 |  |
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM<br>141 Pryor Street SW<br>Suite 7001<br>Atlanta, GA 30303-3477<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br>       v.<br><br>MALLINCKRODT PLC,<br>675 McDonnell Boulevard<br>St. Louis, MO 63042<br><br>MARK TRUDEAU<br>c/o Mallinckrodt PLC<br>675 McDonnell Boulevard<br>St. Louis, MO 63042<br><br>and MATTHEW K. HARBAUGH,<br>c/o Mallinckrodt PLC<br>675 McDonnell Boulevard<br>St. Louis, MO 63042 | Civil Action No. 1:17-cv-00534-EGS<br><br>CLASS ACTION |

MOVANT PALADINO'S MOTION FOR (1) CONSOLIDATION OF RELATED CASES, (2) APPOINTMENT AS LEAD PLAINTIFF, AND (3) APPROVAL OF SELECTION OF COUNSEL

PLEASE TAKE NOTICE that Michael Paladino ("Movant" or "Movant Paladino") will, and hereby does, move this Court under §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, for an Order (attached hereto): (1) consolidating the related actions, (2) appointing Movant Paladino as Lead Plaintiff for the class; and (3) approving Movant Paladino's selection of Levi & Korsinsky LLP ("Levi & Korsinsky") as Lead Counsel.[1]

This Motion is made on the grounds that Movant Paladino is entitled to the presumption that he is the "most adequate plaintiff(s)." *See* 15 U.S.C. §78u-4(a)(3)(B). Further, Movant Paladino has selected and retained counsel with vast experience in prosecuting securities class actions to serve as Lead Counsel. In support of this Motion, Movant Paladino submits herewith a Memorandum of Law and the Declaration of Nicholas I. Porritt.

Dated: March 27, 2017

**LEVI & KORSINSKY LLP**

*/s/* Nicholas I. Porritt
Nicholas I. Porritt (D.C, Bar No. 457611)
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: nporritt@zlk.com

- and -

Shannon L. Hopkins*
Sebastiano Tornatore*
Meghan K. Daley*
733 Summer Street, Suite 304

---

[1] Local Rule 7(m) requires that before filing any nondispositive civil motion, counsel is to discuss the motion with opposing counsel to determine, among other things, if there is any opposition. Due to the PSLRA's lead plaintiff procedure, however, Movant Paladino will not know which other class members may move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant Paladino respectfully requests that the conferral requirement of LCvR 7(m) be waived.

Stamford, Connecticut 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
         stornatore@zlk.com
         mdaley@zlk.com

*pro hac vice* forthcoming

*Counsel for Movant Paladino and Proposed Lead Counsel for the Class*

CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2017.

      */s/ Nicholas I. Porritt*
      Nicholas I. Porritt