## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PATRICIA A. SHENK, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:17-CV-0145 |
| vs. | ) ) ) | |
| MALLINCKRODT PLC, and MARK TRUDEAU, | ) ) ) | |
| Defendants. | ) ) ) ) | |

(additional case captions continued on following page)

**<u>MOTION OF AMY AND STEPHEN SCHWARTZ TO CONSOLIDATE RELATED ACTIONS, TO BE APPOINTED LEAD PLAINTIFFS, AND TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL</u>**

| | |
|---|---|
| JYOTINDRA PATEL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MALLINCKRODT PLC and MARK TRUDEAU, | ) ) ) |
| Defendants. | ) ) ) ) |

CIVIL ACTION NO. 1:17-CV-0171

| | |
|---|---|
| AMY T. SCHWARTZ and STEPHEN A. SCHWARTZ , Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MALLINCKRODT PLC and MARK TRUDEAU, | ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO. 1:17-CV-0447

| | |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM , Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MALLINCKRODT PLC, MARK TRUDEAU, and MATTHEW K. HARBAUGH, | ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO. 1:17-CV-0534

Amy T. Schwartz and Stephen A. Schwartz ("Amy and Stephen Schwartz" or "Movants") respectfully move this Court for an order: (1) to consolidate various related securities class actions[1] filed against Mallinckrodt PLC ("Mallinckrodt" or the "Company") and other defendants; (2) appointing Amy and Stephen Schwartz as Lead Plaintiffs in this action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j and 78t), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") (15 U.S.C. §§ 78u-4) and Securities and Exchange Commission (SEC") Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5); and (3) approving their selection of the law firm of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the Class and the law firm of Finkelstein Thompson LLP as Liaison Counsel for the Class.

Amy and Stephen Schwartz make this Motion on the belief that they are the most "adequate plaintiff" as defined by the PSLRA because:

1. they have the largest financial interest(s) in the relief sought by the Class; and

2. they satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23.

Amy and Stephen Schwartz further request that the Court approve the selection of their counsel, KSF, as Lead Counsel for the Class. KSF is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum of Law and the Declaration of Kim E. Miller in Support of the Motion of Amy and Stephen Schwartz to Consolidate Related Actions, to Be Appointed Lead Plaintiffs and to Approve Proposed Lead Plaintiffs' Choice of Counsel submitted herewith, Amy and Stephen Schwartz respectfully

---

[1] The related securities class actions include *Shenk v. Mallinckrodt PLC et al.*, No. 17-CV-0145 (filed January 23, 2017), *Patel v. Mallinckrodt PLC et al.*, No. 17-CV-0171 (filed January 26, 2017), and *Fulton County Employees' Retirement System v. Mallinckrodt PLC et al.*, No. 17-CV-0534 (filed March 23, 2017).

request that this Court: (1) appoint Amy and Stephen Schwartz as Lead Plaintiffs pursuant to

Section 21D(a)(3)(B) of the Exchange Act; (2) approve Amy and Stephen Schwartz's selection

of Lead Counsel and Liaison Counsel for the Class; and (3) grant such other and further relief as

the Court may deem just and proper.

Dated: March 27, 2017                Respectfully submitted,

/s/ Michael G. McLellan
Michael G. McLellan (D.C. Bar # 489217)
**FINKELSTEIN THOMPSON LLP**
James Place
1077 30th Street, N.W., Suite 150
Washington, D.C.  20007
Telephone: 202-337-8000
Facsimile: 202-337-8090
Email: mmclellan@finkelsteinthompson.com

*Proposed Liaison Counsel for Amy and
Stephen Schwartz*

Kim Miller
**KAHN SWICK & FOTI, LLC**
250 Park Ave., Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Lewis Kahn
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

*Counsel for Movants Amy and
Stephen Schwartz and
Proposed Lead Counsel for the Class*