**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>              - v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                  Defendants. | No. 1:17-cv-00145-EGS |
| JYOTINDRA PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>             - v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                  Defendants. | No. 1:17-cv-00171-EGS |
| AMY T. SCHWARTZ & STEPHEN A. SCHWARTZ, Individually and<br>On Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>             - v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                  Defendants. | No. 1:17-cv-00447-EGS |

| | |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                - v. –<br><br>MALLINCKRODT PLC, MARK TRUDEAU, and MATTHEW K. HARBAUGH<br><br>                              Defendants. | No. 1:17-cv-00534-EGS |

**MOTION OF AMALGAMATED BANK FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that Amalgamated Bank, as Trustee for the LongView Collective Investment Funds ("Amalgamated") will, and hereby does, respectfully move the Court under § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), for an order: (1) consolidating all related actions; (2) appointing Amalgamated as Lead Plaintiff on behalf of a class of persons who purchased or acquired the securities of Mallinckrodt plc between July 14, 2014 and January 18, 2017 (the "Class"), inclusive; and (3) approving Amalgamated's choice of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class.

In support of this Motion, Amalgamated submits herewith: (i) a Memorandum of Points and Authorities; (ii) the Declaration of BFA partner Wilson M. Meeks III and associated exhibits, including the Declaration of Amalgamated Senior Vice President, Investment Management, William Hogan; and (iii) a Proposed Order.

Local Rule 7(m) requires a conference of counsel prior to filing non-dispositive motions. Because of the PSLRA's procedures regarding the appointment of Lead Plaintiff, Amalgamated will not know which other class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on March 27, 2017. Accordingly, Amalgamated respectfully requests that the conferral requirement of Local Rule 7(m) be waived in this particular instance.

Amalgamated respectfully requests oral argument for this motion.

...

Dated: March 27, 2017

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

/s/ Wilson Meeks

Wilson Meeks (D00334)
Javier Bleichmar (*pro hac vice* to be filed)
Joseph Fonti (*pro hac vice* to be filed)
Robyn R. English (D00406)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
wmeeks@bfalaw.com
jbleichmar@bfalaw.com
jfonti@bfalaw.com
renglish@bfalaw.com

**LAW OFFICES OF
SUSAN R. PODOLSKY**
Susan R. Podolsky (D.C. Bar No. 415990)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571)366-1702
Facsimile:  (703) 647-6009
spodolsky@podolskylaw.com

*Liaison Counsel for Amalgamated Bank
and [Proposed] Liaison Counsel for the Class*

Lesley E. Weaver (*pro hac vice* to be filed)
1999 Harrison Street, Suite 670
Oakland, California 94612
Telephone:  (415) 445-4003
Facsimile:   (415) 445-4020
lweaver@bfalaw.com

*Counsel for Amalgamated Bank
and [Proposed] Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on March 27, 2017.

                                              */s/ Robyn R. English*
                                              Robyn R. English (D00406)