**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. SHENK,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MALLINCKRODT PLC,<br><br>and MARK TRUDEAU,<br><br>Defendants. | No.: 1:17-cv-00145-EGS<br><br>**NOTICE OF MOTION OF THE INSTITUTIONAL INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL** |
| JYOTINDRA PATEL,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MALLINCKRODT PLC,<br><br>and MARK TRUDEAU,<br><br>Defendants. | No.: 1:17-cv-00171-EGS |

*-caption continued on following page-*

| | |
|---|---|
| AMY T. SCHWARTZ & STEPHEN A. SCHWARTZ, <br><br> Individually And On Behalf Of All Others Similarly Situated, <br>                                Plaintiff(s), <br> v. <br><br> MALLINCKRODT PLC, <br><br> and MARK TRUDEAU, <br><br>                                Defendants. | No.: 1:17-cv-00447-EGS |
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, <br><br> Individually And On Behalf Of All Others Similarly Situated, <br>                                Plaintiff(s), <br> v. <br><br> MALLINCKRODT PLC, <br><br> MARK TRUDEAU, <br><br> MATTHEW K. HARBAUGH, <br><br>                                Defendants. | No.: 1:17-cv-00534 |

Movants Iron Workers Local 580 Pension Fund ("Iron Workers"), Nova Scotia Health Employees' Pension Plan ("Nova Scotia"), and Fulton County Employees' Retirement System ("Fulton County," and together with Iron Workers and Nova Scotia, the "Institutional Investors" or "Movants") respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing the Institutional Investors as Lead Plaintiffs on behalf of all persons and entities that purchased or otherwise acquired the securities of Mallinckrodt plc between July 14, 2014 and January 18, 2017, both dates inclusive; (3) approving Lead Plaintiffs' selection of Pomerantz LLP and Saxena White P.A. as Co-Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated: March 27, 2017

Respectfully submitted,

*/s/ Daniel S. Sommers*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (D.C. Bar Number: 225623)
Daniel S. Sommers (D.C. Bar Number: 416549)
Elizabeth A. Aniskevich (D.C. Bar Number: 994603)
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
  dsommers@cohenmilstein.com
  eaniskevich@cohenmilstein.com

*Counsel for Movants and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Matthew L. Tuccillo
J. Alexander Hood II
Hui M. Chang
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
            mltuccillo@pomlaw.com
            ahood@pomlaw.com
            hchang@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
Email: msaxena@saxenawhite.com
           jwhite@saxenawhite.com
           lhooker@saxenawhite.com

-and-

**SAXENA WHITE P.A**.
Steven B. Singer
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
Email: ssinger@saxenawhite.com

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*