UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>– v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>Defendants. | No. 1:17-cv-00145-DLF |

(Additional case captions continued on following page)

**CONSENT MOTION FOR ADMISSION PRO HAC VICE OF JAVIER BLEICHMAR**

| | |
|---|---|
| JYOTINDRA PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>             – v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                    Defendants. | No. 1:17-cv-00171-EGS |
| AMY T. SCHWARTZ & STEPHEN A. SCHWARTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>             – v. –<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                    Defendants. | No. 1:17-cv-00447-EGS |
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>             – v. –<br><br>MALLINCKRODT PLC, MARK TRUDEAU, and MATTHEW K. HARBAUGH<br><br>                    Defendants. | No. 1:17-cv-00534-EGS |

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Movant Amalgamated Bank as Trustee for the LongView Collective Investment Funds ("Amalgamated"), by and through its undersigned counsel Wilson M. Meeks, respectfully submits this Consent Motion for Admission *Pro Hac Vice* of Javier Bleichmar, Esq. as counsel for Amalgamated.  In support of this Motion, Movant states as follows:

1. Wilson M. Meeks is a Partner of the law firm Bleichmar Fonti & Auld LLP, resident in the firm's office located at 7 Times Square, 27th Floor, New York, New York 10036, and is a member in good standing of the bar of this Court.

2. As set forth in the attached Declaration of Javier Bleichmar, Esq., Mr. Bleichmar is a partner with the law firm of Bleichmar Fonti & Auld LLP, resident in the firm's office located at 7 Times Square, 27th Floor, New York, New York 10036.

3. Mr. Bleichmar is licensed and in good standing to practice law in the State of New York (admitted 1999; bar no. 2958916), and the following additional jurisdictions: U.S. Supreme Court (admitted 2014); U.S. Court of Appeals, Second Circuit (admitted 2010); U.S. Court of Appeals, Fourth Circuit (admitted 2012); U.S. Court of Appeals, Eighth Circuit (admitted 2010); U.S. Court of Appeals, Ninth Circuit (admitted 2010); U.S. Court of Appeals, Tenth Circuit (admitted 2013); U.S. Court of Appeals, Eleventh Circuit (admitted 2011); and U.S. District Court for the Southern District of New York (admitted 1999).

4. Mr. Bleichmar has not been admitted *pro hac vice* in this Court within the last two years and does not engage in the practice of law from an office located in the District of Columbia.

5. Mr. Bleichmar's Declaration is attached to this Motion.  Mr. Bleichmar has not been disciplined by any bar.

6.      Pursuant to LCvR 7(m), all counsel consents to this request.

WHEREFORE, undersigned counsel requests that this Court enter an order permitting Javier Bleichmar to appear in these proceedings as counsel *pro hac vice* for Amalgamated. A proposed form of order is attached.

Dated: February 23, 2018

Respectfully submitted,

**LAW OFFICES OF SUSAN R. PODOLSKY**
Susan R. Podolsky (D.C. Bar No. 415990)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Liaison Counsel for Amalgamated Bank and [Proposed] Liaison Counsel for the Class*

**BLEICHMAR FONTI & AULD LLP**

*/s/ Wilson M. Meeks III*
Wilson Meeks (D00334)
Javier Bleichmar (*pro hac vice* to be filed)
Joseph Fonti (*pro hac vice* to be filed)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
wmeeks@bfalaw.com
jbleichmar@bfalaw.com
jfonti@bfalaw.com

Lesley E. Weaver (*pro hac vice* to be filed)
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com

*Counsel for Amalgamated Bank and [Proposed] Lead Counsel for the Class*