UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>   vs.<br><br>MALLINCKRODT PLC and MARK TRUDEAU,<br><br>                            Defendants. | CIVIL ACTION<br><br>No. 1:17-cv-00145-EGS<br><br>JUDGE EMMET G. SULLIVAN |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. KLEIN**

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, proposed Lead Plaintiffs Natalie Amaya and Gregory Schmidt, by and through their undersigned counsel, Steven J. Toll, a member of the Bar of this Court, respectfully move that Michael J. Klein be admitted *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned represents:

1. Mr. Klein is an attorney at Stull, Stull & Brody, 6 East 45th Street, New York, NY 10017; telephone: (212) 687-7230.

2. As set forth in the Declaration of Mr. Klein accompanying this motion, Mr. Klein is a member in good standing of the New York State Bar, the Connecticut State Bar, and the following federal courts: The Supreme Court of the United States; the United States Courts of Appeals for the Second, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, the Northern District of Illinois, the District of Connecticut,

1

the District of Colorado, the Eastern District of Wisconsin, and the Eastern District of Michigan. He has not been disciplined by any bar.

3. Mr. Klein has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, proposed lead plaintiffs Natalie Amaya and Gregory Schmidt, by and through their undersigned counsel, move that the Court enter an Order permitting Michael J. Klein to appear *pro hac vice* in the above-captioned matter.

Dated: February 26, 2018                    Respectfully submitted,

By: /s/ *Steven J. Toll*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (D.C. Bar Number: 225623)
Daniel S. Sommers (D.C. Bar Number: 416549)
Elizabeth A. Aniskevich (D.C. Bar Number: 994603)
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
         dsommers@cohenmilstein.com
         eaniskevich@cohenmilstein.com

Aaron Brody
Jason D'Agnenica
Michael Klein
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email: abrody@ssbny.com
         jasondag@ssbny.com
         mklein@ssbny.com

*Counsel for Proposed lead plaintiffs Natalie Amaya and Gregory Schmidt*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* of Michael J. Klein to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Steven J. Toll*
Steven J. Toll