UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT PLC and MARK C. TRUDEAU,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:17-cv-00145-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN SIEGEL**

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendant Mallinckrodt plc and through its undersigned counsel Moxila A. Upadhyaya, respectfully submits this Motion for Admission *Pro Hac Vice* of Jonathan Siegel, Esq. as counsel for Mallinckrodt. In support of this Motion, Mallinckrodt states as follows:

1. Moxila A. Upadhyaya is a partner with the law firm of Venable LLP, 600 Massachusetts Avenue, N.W., Washington, D.C. 20001, and is a member in good standing of the bar of this Court.

2. As set forth in the attached Declaration of Jonathan Siegel, Esq., Mr. Siegel is an associate with the law firm of Wachtell, Lipton, Rosen & Katz, resident in the firm's office located at 51 West 52nd Street, New York, New York 10019.

3. Mr. Siegel is licensed and in good standing to practice law in the State of New York (admitted 2014; bar no. 5247713) and the following additional jurisdictions: U.S. District Court for the Southern District of New York (admitted 2014); and U.S. District Court for the Eastern District of New York (admitted 2017).

4. Mr. Siegel has never been admitted *pro hac vice* in this Court.

1

5. Mr. Siegel does not engage in the practice of law from an office located in D.C.

6. Mr. Siegel's Declaration is attached to this Motion. Mr. Siegel has not been disciplined by any bar.

7. Pursuant to LCvR 7(m), undersigned counsel sought consent from all parties to this action. Counsel received consent from counsel for Mark Trudeau, Patricia Shenk, State Teachers Retirement System of Ohio, and Amalgamated Bank. No party has advised that it opposes the motion.

WHEREFORE, undersigned counsel requests that this Court enter an order permitting Jonathan Siegel to appear in these proceedings as counsel *pro hac vice* for Defendant Mallinckrodt plc. A proposed form of order is attached.

March 12, 2018

Respectfully submitted,

VENABLE LLP

/s/ *Moxila A. Upadhyaya*
Moxila A. Upadhyaya (D.C. Bar No. 494373)
600 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 344-4690
Fax: (202) 344-8300
maupadhyaya@venable.com

WACHTELL, LIPTON, ROSEN & KATZ

Rachelle Silverberg *(admitted pro hac vice)*
A.J. Martinez *(admitted pro hac vice)*
Jonathan Siegel *(pro hac motion pending)*
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
RSilverberg@wlrk.com
AJMartinez@wlrk.com
JRSiegel@wlrk.com
*Attorneys for Mallinckrodt plc*