IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated, | : : : : : : : : : : : | Case No. 1:17-cv-00145-DLF Honorable Dabney L. Friedrich |
| Plaintiff, | | |
| v. | | |
| MALLINCKRODT PLC, et al., | | |
| Defendant. | | |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY W. GOLAN

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, State Teachers Retirement System of Ohio ("STRS Ohio"), by and through its undersigned counsel, Mark R. Rosen, a member of the Bar of this Court, respectfully moves that Jeffrey W. Golan be admitted *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned represents:

1.     Mr. Golan is a partner at the law firm of Barrack, Rodos & Bacine, 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103; telephone: (215) 963-0600.

2.     As set forth in the Declaration of Mr. Golan accompanying this motion, Mr. Golan is a member in good standing of the Pennsylvania Bar and the following courts: United States District Court for the Eastern District of Pennsylvania; United States Court of Appeals for the Third Circuit and United States Court of Appeals for the Second Circuit.  He has not been disciplined by any bar.

2

3. Mr. Golan has not been admitted *pro hac vice* in this Court in the past two years.

4. Pursuant to Local Civil Rule 7(m), I have conferred with counsel for Defendants and they do not oppose this motion.

WHEREFORE, STRS Ohio, by and through its undersigned counsel, moves that the Court enter an Order permitting Jeffrey W. Golan to appear *pro hac vice* in the above-captioned matter.

Dated:  March 13, 2018	Respectfully submitted,

/s/*Mark R. Rosen*
Mark R. Rosen (Bar No. 336065)
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215.963.0600
Facsimile: 215.963.0838
mrosen@barrack.com

*Attorney for the State Teachers Retirement System of Ohio and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* of Jeffrey W. Golan to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Mark R. Rosen*
Mark R. Rosen
