IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MALLINCKRODT PLC, et al.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00145-DLF<br><br>Honorable Dabney L. Friedrich |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY B. GITTLEMAN

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, State Teachers Retirement System of Ohio ("STRS Ohio"), by and through its undersigned counsel, Mark R. Rosen, a member of the Bar of this Court, respectfully moves that Jeffrey B. Gittleman be admitted *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned represents:

1.　　Mr. Gittleman is a partner at the law firm of Barrack, Rodos & Bacine, 3300 Two Commerce Square, 2001 Market Street, Philadelphia, Pennsylvania 19103; telephone: (215) 963-0600.

2.　　As set forth in the Declaration of Mr. Gittleman accompanying this motion, Mr. Gittleman is a member in good standing of the Pennsylvania Bar and the New Jersey Bar and the following courts: United States Courts of Appeals for the Third Circuit; and United States District Courts for the Eastern District of Pennsylvania,

District of New Jersey and Northern District of Illinois.  He has not been disciplined by any bar.

3. Mr. Gittleman has not been admitted *pro hac vice* in this Court in the past two years.

4. Pursuant to Local Civil Rule 7(m), I have conferred with counsel for Defendants and they do not oppose this motion.

WHEREFORE, STRS Ohio, by and through its undersigned counsel, moves that the Court enter an Order permitting Jeffrey B. Gittleman to appear *pro hac vice* in the above-captioned matter.

Dated:  March 13, 2018               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/*Mark R. Rosen*
　　　　　　　　　　　　　　　　　　　　　　　　Mark R. Rosen (Bar No. 336065)
　　　　　　　　　　　　　　　　　　　　　　　　Barrack, Rodos & Bacine
　　　　　　　　　　　　　　　　　　　　　　　　3300 Two Commerce Square
　　　　　　　　　　　　　　　　　　　　　　　　2001 Market Street
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 215.963.0600
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 215.963.0838
　　　　　　　　　　　　　　　　　　　　　　　　mrosen@barrack.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for the State Teachers Retirement System of Ohio and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* of Jeffrey B. Gittleman to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/Mark R. Rosen*
                                        Mark R. Rosen