UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, et al.,<br><br>                              Plaintiff,<br><br>- v. -<br><br>MALLINCKRODT PLC,<br>MARK TRUDEAU,<br>MATTHEW K. HARBAUGH, and<br>HUGH O'NEILL,<br><br>                              Defendants. | No. 1:17-cv-00145-DLF |

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM CLAREMAN

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendants Mark Trudeau, Matthew K. Harbaugh and Hugh O'Neill, and by and through their undersigned counsel, Charles E. Davidow, a member of the Bar of this Court, respectfully move that William Clareman be admitted *pro hac vice* in the above-captioned matter.

In support of this motion, the undersigned represents:

1. Mr. Clareman is a partner at the law firm of Paul, Weiss, Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; telephone: (212) 373-3000.

2. As set forth in the Declaration of Mr. Clareman accompanying this motion, Mr. Clareman is a member in good standing of the New York State Bar and the following courts:  United States District Courts for the Eastern District of New York and the

Southern District of New York.  He has not been disciplined by any bar.

WHEREFORE, movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that the movant be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

Dated:  June 11, 2018
       Washington, D.C.

Respectfully submitted,

/s/ Charles E. Davidow
Charles E. Davidow
D.C. Bar No. 331702
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 223-7300
Fax: (202) 223-7420
cdavidow@paulweiss.com

*Attorney for Defendants Mark Trudeau, Matthew K. Harbaugh and Hugh O'Neill.*