## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PATRICIA A. SHENK,** | * | Case No.: 1:17-cv-00145-DLF |
| *Plaintiff* | * | |
| v. | * | |
| **MALLINCKRODT PLC,** *et al.,* | * | |
| *Defendants.* | * | |

## NOTICE OF FILING IN RELATED MATTER

This Notice is to inform the Court of the pendency of related matters pursuant to LCvR 40.5(b)(3).  On September 17, 2019, Plaintiff filed the shareholder derivative complaint in case no. 1:19-cv-02778-TFH (*Brandhorst v. Trudeau, et al.*).  The filing should have been deemed related to this case.  Attached hereto is a Notice of Related Matter that has been filed in the *Brandhorst* case contemporaneously with this Notice .

              Respectfully submitted,

                /S/ *Thomas J. Minton*
              Thomas J. Minton – No. 367124
              Goldman & Minton, P.C.
              3600 Clipper Mill Rd., Suite 201
              Baltimore, MD 21211
              Ph (410) 783-7575
              Fax (410) 783-1711
              *tminton@charmictylegal.com*

              *Attorneys for Plaintiff*

**Certifacte of Service**

I hereby certify that on this 7th day of November, 2019 I filed the foregoing Notice and attachment via the ECF system, and that all counsel of record will be served with copies through that system.

      /S/ *Thomas J. Minton*
Thomas J. Minton – No. 367124
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Ph (410) 783-7575
Fax (410) 783-1711
*tminton@charmictylegal.com*

*Attorneys for Plaintiff*