UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. SHENK, *et al.*,

    Plaintiffs,

v.

MALLINCKRODT PLC, *et al.*,

    Defendants.

NO. 1:17-CV-00145-DLF

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

PLEASE TAKE NOTICE that upon the accompanying (1) Declaration of Jeffrey W. Golan in Support of (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (b) Lead Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (2) Declaration of Stacey Wideman in Support of (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and (c) Lead Plaintiff's Request for Reimbursement of Costs Expenses; (3) the Memorandum of Points and Authorities In Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (4) all other papers and proceedings herein, Lead Counsel, will move this Court, before the Honorable Dabney L. Friedrich, on July 28, 2022, at 10 a.m. at the United States District Court for the District of Columbia, 333 Constitution Avenue, Courtroom 14, Washington D.C. 20001, for entry of an order, pursuant to Fed. R. Civ. P. 23(e), 23(h) and 54(h): (i) approving Lead Counsel's application for an award of attorneys' fees and expenses; and (ii) granting Lead Plaintiff's request for reimbursement of litigation costs and expenses.

Dated:  June 13, 2022

Respectfully submitted,

*/s/ Jeffrey W. Golan*
**BARRACK, RODOS & BACINE**
Leonard Barrack
Jeffrey W. Golan (pro hac vice)
Jeffrey B. Gittleman (pro hac vice)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
lbarrack@barrack.com
jgolan@barrack.com
jgittleman@barrack.com

Zarema A. Jaramillo
DC Bar No. 500507
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 753-3830
zjaramillo@lowenstein.com

*Attorneys for Lead Plaintiff, State Teachers Retirement System of Ohio and Lead Counsel for the Class*

**MURRAY MURPHY MOUL + BASIL LLP**
Brian K. Murphy (pro hac vice)
Joseph F. Murray
Geoffrey J. Moul
1114 Dublin Rd.
Columbus, OH 43215
Telephone: (614) 488-0400
murphy@mmmb.com
murray@mmmb.com
moul@mmmb.com

*Special Counsel for State Teachers Retirement System of Ohio*