UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK, *et al.*,<br><br>                              Plaintiff,<br><br>            v.<br><br>MALLINCKRODT PLC *et al.*,<br><br>                              Defendants. | 1:17-cv-00145-DLF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendants Mark Trudeau and Matthew K. Harbaugh, by and through their undersigned counsel, Charles E. Davidow, a member of the Bar of this Court, respectfully move that Alison R. Benedon be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Alison R. Benedon is an attorney associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, telephone (212) 373-3000.

2. As set forth in the Declaration of Alison R. Benedon accompanying this motion, Alison R. Benedon is a member in good standing of the bars of the State of New Jersey, the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the District of New Jersey.  Alison R. Benedon has not been disciplined by any bar.

3. Alison R. Benedon has not been admitted *pro hac vice* in this Court within the past two years.

2

WHEREFORE, Defendants Mark Trudeau and Matthew K. Harbaugh, by and through their undersigned counsel, move that this Court enter an Order permitting Alison R. Benedon to appear *pro hac vice* in the above-captioned action.

| | |
|---|---|
| Dated:  Washington, D.C.<br>July 7, 2022 | Respectfully Submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>  GARRISON LLP<br><br>/s/ *Charles E. Davidow*<br><br>Charles E. Davidow<br>D.C. Bar No. 331702<br>2001 K Street NW<br>Washington, D.C. 20006-1047<br>Phone: (202) 223-7300<br>Fax: (202) 334-7420<br>cdavidow@paulweiss.com<br><br>*Attorney for Defendants Mark Trudeau*<br>*and Matthew Harbaugh* |