IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. SHENK,
Individually and on Behalf of All Others
Similarly Situated, *et al.*,

*Plaintiffs,*

v.

MALLINCKRODT PLC *et al.*,

*Defendants.*

No. 17-cv-00145 (DLF)
CONSOLIDATED ACTION

## ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED PLAN OF ALLOCATION

The Court, having reviewed (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; (2) the Declaration of Jeffrey W. Golan in Support of (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (b) Lead Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (3) Declaration of Stacey Wideman in Support of (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and (c) Lead Plaintiff's Request for Reimbursement of Costs Expenses; (4) the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (5) all other papers and proceedings herein, and having heard argument of counsel,

NOW, THEREFORE, after due deliberation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The proposed Plan of Allocation, in the form set forth in the Notice, is **APPROVED**. Lead Plaintiff is authorized and directed to utilize the Plan as the basis for calculating the Proofs of Claim submitted by Class Members in connection with the Settlement in this Action.

2. The Court hereby finds and concludes that the Allocation Plan is fair and reasonable to Members of the Class.

3. There shall be no distribution of any of the Settlement Fund to any Class Member until this Order becomes final, and is either affirmed on appeal and/or is no longer subject to review by appeal or certiorari, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

4. The Notice provided the best notice practicable under the circumstances. Said Notice provided due and adequate notice of these proceedings and the matters set forth therein, including the Plan, to all persons entitled to such Notice, and said Notice fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process.

5. There is no just reason for delay in the entry of this Order Granting Lead Plaintiff's Motion for Final Approval of the Plan of Allocation, and immediate entry of this Order by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

DABNEY L. FRIEDRICH
United States District Judge

August 2, 2022