IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. SHENK,<br>Individually and on Behalf of All Others<br>Similarly Situated, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>MALLINCKRODT PLC *et al.*,<br><br>        *Defendants*. | No. 17-cv-00145 (DLF)<br>CONSOLIDATED ACTION |

**ORDER GRANTING LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

      The Court, having reviewed (1) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (2) the Declaration of Jeffrey W. Golan in Support of (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (b) Lead Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (3) Declaration of Stacey Wideman in Support of (a) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and (c) Lead Plaintiff's Request for Reimbursement of Costs Expenses; (4) the Memorandum of Points and Authorities in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (5) all other papers and proceedings herein, and having heard argument of counsel,

      NOW, THEREFORE, after due deliberation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1

1. Lead Counsel's Motion is **GRANTED**.

2. Lead Counsel is awarded the sum of $13.15 million (20% of the Settlement Fund) in attorneys' fees, plus interest at the same rate earned by the Settlement Fund.

3. Lead Counsel is awarded the sum of $500,000 in reimbursement of litigation expenses, which includes an award of $12,524.66 to Lead Plaintiff for reimbursement of litigation costs and expenses in that amount.

**SO ORDERED.**

August 2, 2022

_____
DABNEY L. FRIEDRICH
United States District Judge