AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PATRICIA A. SHENK, Individually and on Behalf of All Others Similarly Situated, et al.,<br>*Plaintiff*<br>v.<br>MALLINCKRODT PLC et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:17-cv-00145<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: settlement in the amount of $65,750,000 in favor of the plaintiffs, of which $13,150,000 is attorneys' fees and $500,000 is costs for plaintiffs' counsel, is approved.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Dabney L. Friedrich on a motion for Settlement, Dkt. 107, and Motion for Attorneys Fees, Dkt. 108.

Date: 08/02/2022

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*